## In re FREEDOM SCIENTIFIC, INC.

No. 2012–1145.

United States Court of Appeals, Federal Circuit.

Oct. 15, 2012.

Aaron W. Moore, Foley & Lardner LLP, of Boston, MA, argued for appellant. With him on the brief was Matthew B. Lowrie.

William LaMarca, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, VA, argued for the appellee. With him on the brief were Raymond T. Chen, Solicitor, and Kristi R. Sawert, Associate Solicitor.

NEWMAN, DYK, and PROST, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**